WAIT YOUNG v. THE STATE.

No. 2871. Decided December 17, 1913.

**Assault to Murder—Notice of Appeal.**

Where the record disclosed that no notice of appeal was given during the term of court at which appellant was tried, this court has no jurisdiction. Following Offield v. State, 61 Texas Crim. Rep., 585.

Appeal from the District Court of Grimes. Tried below before the Hon. S. W. Dean.

Appeal from a conviction of assault to murder; penalty, three years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was prosecuted, and convicted of the offense of assault to murder, and his punishment assessed at three years confinement in the State penitentiary.

The record before us does not disclose that any notice of appeal was given during the term of court at which appellant was tried, and under

such circumstances we have no jurisdiction of the case. (Offield v. State, 61 Texas Crim. Rep., 585, 135 S. W. Rep., 566). However, we have read the record, and, if the case was properly before us for review, there is no error assigned that would authorize a reversal of the case.

The appeal is dismissed.

*Dismissed.*